IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20123
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                                Plaintiff-Appellee,

versus

MANUEL ROJAS LEDESMA,

                                                Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-00-CR-392-1
--------------------
December 19, 2002

Before DAVIS, WIENER, AND EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Cheryl Harris Diggs, the attorney appointed to represent Manuel Rojas Ledesma, has moved for leave to withdraw and has filed a brief in accordance with <u>Anders v. California</u>, 386 U.S. 738 (1967). Ledesma has filed a response to Diggs' brief, and he also moves this court for the appointment of new counsel. Our independent review of the record, Diggs' brief, and Ledesma's response shows that there are no nonfrivolous issues for appeal.

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Accordingly, Ledesma's motion for the appointment of new counsel is DENIED, Diggs' motion for leave to withdraw is GRANTED, Diggs is excused from further responsibilities herein, and this appeal is DISMISSED.  See 5TH CIR. R. 42.2.